RECEIVED
DEC 16 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 1:21-cr-00046 |
| v. | INFORMATION |
| KENDALL DEAN KIPP, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY FINDS:**

### Introduction

1. At all times relevant to this Information, the Safe Drinking Water Act of 1974 (the Act) 42 U.S.C. 300f *et seq.*, required that the Environmental Protection Agency (EPA) to ensure that Public Water Supplies (PWSs) properly monitor and test the quality of drinking water and distribute safe drinking water to consumers. Pursuant to the Act, EPA may authorize a state to promulgate and implement regulations and requirements necessary to administer and comply with the Act. On June 15, 1982, EPA authorized the State of Iowa to implement regulations and requirements under the Act. This authorization allowed the State of Iowa to monitor the chlorine levels of Iowa's public water supplies.

2. The City of Yale Water Supply is a Public Water Supplier that provides drinking water to the people of Yale, Iowa. The City of Yale Water Supply is subject to federal regulations and provisions of the Act and the regulations promulgated and implemented by the State of Iowa pursuant to the authority allowed within the Act.

3. Under the implementing regulations, water that is supplied by the City of Yale Water Supply must meet several parameters and standards. These standards include monitoring of residual disinfectant levels.

4. Residual disinfectant levels reflect the concentration of chlorine that remain in the

water after treatment. If chlorine levels as reflected in residual disinfectant levels are lower than those required under the Act, there is a risk that the water could also retain microorganisms that could carry waterborne diseases.

5. The Yale Water Supply is required to record accurate residual disinfectant levels on Monthly Operation Reports which are submitted to the Iowa Department of Natural Resources Water Supply Section to ensure that the water supplied by the City of Yale Water Supply is in compliance with the Act and implementing regulations as set forth in 40 C.F.R. § 141.134 and Iowa State Administrative Code 567-42.4(3)*"d"*(3).

6. From about 2010 until in or about November of 2020, Defendant KENDALL DEAN KIPP served as the certified operator for the City of Yale Water Supply. Defendant KENDALL DEAN KIPP was responsible for ensuring that drinking water from the City of Yale Water Supply met all the regulatory requirements, including residual disinfectant levels. As part of his duties, defendant KENDALL DEAN KIPP was responsible for testing the water and completing and signing Monthly Operation Reports for submission to Iowa DNR Field Office 4 in Atlantic, Iowa. As part of his responsibilities, defendant KENDALL DEAN KIPP submitted the Monthly Operation Reports to Iowa DNR Field Office 4 in Atlantic, Iowa via electronic mail.

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(False Statement)**

On or about March 2, 2020, in the Southern District of Iowa, defendant KENDALL DEAN KIPP did knowingly and willfully make a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the EPA, an agency of the executive branch of the Government of the United States, to wit: Defendant KENDALL DEAN KIPP submitted to Iowa Department of Natural Resources Field Office 4 the City of Yale Water Supply Monthly Operation Reports for February of 2020 containing false entries for chlorine

which Defendant KENDALL DEAN KIPP knew to be false. In particular, defendant KENDALL DEAN KIPP submitted operation reports claiming to have tested and recorded residual chlorine levels when in truth, defendant KIPP knew he had not performed the required tests and knew the monthly operating reports he submitted were false.

This is a violation of Title 18, United States Code, Section 1001(a)(2).

Richard D. Westphal
United States Attorney

By: *(signature)*
Michael B. Duffy
Assistant United States Attorney